SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
WILLIAM M. McLAREN, OSB #143836
Assistant United States Attorney
William.McLaren@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**DYLAN A. FORD,**

**Defendant.**

**6:26-cr-00375-MC**

**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following property:

One Samsung cellular phone.

Dated: October 1, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *William M. McLaren*
**WILLIAM M. McLAREN**
Assistant United States Attorney